UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANDREAS G. YESCAS, SR., <br><br>                    Plaintiff <br><br>    v. <br><br> NDOC, et al., <br><br>                    Defendants | Case No. 3:24-cv-00398-ART-CSD <br><br> ORDER |

**I.   DISCUSSION**

On April 22, 2025, the Court filed a screening order and allowed several claims to proceed to the early inmate mediation conference. (ECF No. 6 at 8–9.) However, Plaintiff's mail is being returned to the Court as undeliverable. And he has not filed an updated address with this Court. The Court notes that under Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. This Court grants Plaintiff until **July 28, 2025**, to file his updated address with this Court. If Plaintiff does not update the Court with his current address by **July 28, 2025**, this case will be subject to dismissal without prejudice.

**II.   CONCLUSION**

For the foregoing reasons, it is ordered that Plaintiff will file an updated address with the Clerk of the Court by **July 28, 2025**.

///

///

///

///

1  It is further ordered that, if Plaintiff fails to timely comply with this order, this case
2 will be subject to dismissal without prejudice.
3  DATED THIS 27th day of June 2025.

_____
UNITED STATES MAGISTRATE JUDGE