1    UNITED STATES DISTRICT COURT

2    DISTRICT OF NEVADA

3    ANDREAS G. YESCAS, SR.,                    Case No. 3:24-cv-00398-ART-CSD

4                        Plaintiff              ORDER

5        v.

6    NDOC, et al.,

7                        Defendants

8

9        This action is a *pro se* civil rights complaint filed under 42 U.S.C. § 1983 by a

10   former state prisoner.  Plaintiff has submitted an application to proceed in district court

11   without prepaying fees or costs following his release from prison.  (ECF No. 3).  Based

12   on the financial information provided, the Court granted Plaintiff leave to proceed without

13   prepayment of fees or costs under 28 U.S.C. § 1915(a)(1).[1] (ECF No. 6 at 1).

14       On April 22, 2025, the Court entered a screening order.  (*Id.*)  The screening order

15   imposed a 90-day stay and the Court entered a subsequent order assigning the case to

16   mediation by a court-appointed mediator.  (ECF Nos. 6, 13).  The parties did not settle at

17   mediation.  (ECF No. 15).  This case will proceed to the normal litigation track.

18       **IT IS THEREFORE ORDERED** that:

19       1.    The Clerk of the Court will electronically **SERVE** a copy of this order and a

20   copy of Plaintiff's first amended complaint (ECF No. 5) on the Office of the Attorney

21   General of the State of Nevada, by adding the Attorney General of the State of Nevada

22   to the docket sheet.  This does not indicate acceptance of service.

23       2.    Service must be perfected within ninety (90) days from the date of this order

24   pursuant to Fed. R. Civ. P. 4(m).

25       3.    Subject to the findings of the screening order (ECF No. 6), within **twenty-**

26   **one (21) days** of the date of entry of this order, the Attorney General's Office will file a

27   _____

28   [1] Plaintiff is not subject to the requirements of 28 U.S.C. § 1915(a)(2), (b) because he is
     no longer a "prisoner" within the meaning of the statute.  *See* 28 U.S.C. § 1915(h).

1  notice advising the Court and Plaintiff of: (a) the names of the defendants for whom it

2  accepts service; (b) the names of the defendants for whom it does <u>not</u> accept service,

3  and (c) the names of the defendants for whom it is filing the last-known-address

4  information under seal.  As to any of the named defendants for whom the Attorney

5  General's Office cannot accept service, the Office will file, *under seal*, but will not serve

6  the inmate Plaintiff the last known address(es) of those defendant(s) for whom it has such

7  information.  If the last known address of the defendant(s) is a post office box, the Attorney

8  General's Office will attempt to obtain and provide the last known physical address(es).

9        4.    If service cannot be accepted for any of the named defendant(s), Plaintiff

10 will file a motion identifying the unserved defendant(s), requesting issuance of a

11 summons, and specifying a full name and address for the defendant(s).   For the

12 defendant(s) as to which the Attorney General has not provided last-known-address

13 information, Plaintiff will provide the full name <u>and</u> address for the defendant(s).

14       5.    If the Attorney General accepts service of process for any named

15 defendant(s), such defendant(s) will file and serve an answer or other response to the

16 complaint within **sixty (60) days** from the date of this order.

17       6.    Plaintiff shall serve upon defendant(s) or, if an appearance has been

18 entered by counsel, upon their attorney(s), a copy of every pleading, motion or other

19 document submitted for consideration by the Court.  If Plaintiff electronically files a

20 document with the Court's electronic-filing system, no certificate of service is required.

21 Fed. R. Civ. P. 5(d)(1)(B); Nev. Loc. R. IC 4-1(b); Nev. Loc. R. 5-1.  However, if Plaintiff

22 mails the document to the Court, Plaintiff shall include with the original document

23 submitted for filing a certificate stating the date that a true and correct copy of the

24 document was mailed to the defendants or counsel for the defendants.  If counsel has

25 entered a notice of appearance, Plaintiff shall direct service to the individual attorney

26 named in the notice of appearance, at the physical or electronic address stated therein.

27                   - 2 -

28

The Court may disregard any document received by a district judge or magistrate judge which has not been filed with the Clerk, and any document received by a district judge, magistrate judge, or the Clerk which fails to include a certificate showing proper service when required.

7.    This case is no longer stayed.

DATED: September 24, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

- 3 -