# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ANDREAS GABRIEL YESCAS, I,

    Plaintiff

v.

NEVADA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants

Case No.: 3:24-cv-00398-ART-CSD

**Order**

Re: ECF No. 19

On October 15, 2025, Defendant Barr filed a suggestion of death as to defendant Dr. Greene. (ECF No. 19.)

If a motion to substitute is not filed by **January 13, 2026**, Dr. Greene will be dismissed from this action without prejudice pursuant to Federal Rule of Civil Procedure 25(a).

**IT IS SO ORDERED**.

DATED: October 16, 2025.

_____
Craig S. Denney
United States Magistrate Judge