UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANDREAS G. YESCAS, SR.,

Plaintiff,

v.

NEVADA DEPARTMENT OF CORRECTIONS, *et al.,*

Defendants.

Case No. 3:24-cv-398-ART-CSD

ORDER ADOPTING REPORT AND RECOMMENDATION

(ECF No. 25)

Plaintiff Andreas G. Yescas, Sr. sues multiple Defendants for allegedly violating his rights under the Fourteenth Amendment equal protection clause and the Americans with Disabilities Act while he was incarcerated at Lovelock Correctional Center. Before the Court is Magistrate Judge Craig Denney's report and recommendation (R&R) recommending that Mr. Yescas's motion to substitute a party be granted. (ECF No. 25.)

Magistrate judges are empowered to issue reports and recommendations on dispositive issues, which district judges may "accept, reject, or modify, in whole or in part." 28 U.S.C. § 636(b)(1)(C). Where, as here, neither party objects to a magistrate judge's recommendation, the district court is not required to perform any review of that judge's conclusions. *See Thomas v. Arn,* 474 U.S. 140, 150 (1985).

Mr. Yescas's motion concerns the passing of Defendant Dr. David Greene. (ECF No. 19.) Mr. Yescase moves to substitute a successor for Dr. Greene insofar as claims are asserted against him in his official capacity, and to voluntarily dismiss all claims asserted against Dr. Greene in his individual capacity. (ECF No. 23.) Judge Denney recommends granting Mr. Yescas's motion as proper under Federal Rules of Civil Procedure 25(d) and 15. (ECF No. 25.)

No party has objected to Judge Denney's R&R. Defendant Caldwell Barr

has filed a notice of non-opposition to Mr. Yescas's motion (ECF No. 24), and the Nevada Attorney General has accepted service on behalf of Dr. Greene's successor. (ECF No. 27.) The Court agrees with Judge Denney's reasoning and adopts his R&R in full.

**Conclusion**

It is therefore ordered that Judge Denney's report and recommendation (ECF No. 25) is ADOPTED IN FULL.

It is furthermore ordered that Plaintiff's motion (ECF No. 23) is GRANTED, and Dr. Frances Oakman is substituted in Dr. Greene's place insofar as Dr. Greene was sued in his official capacity, and the individual capacity claims against Dr. Greene are dismissed.

Dated this 17th day of February, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE