**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ANDREAS GABRIEL YESCAS, I,

Plaintiff

v.

NEVADA DEPARTMENT OF CORRECTIONS, et al.,

Defendants

Case No.: 3:24-cv-00398-ART-CSD

**Order**

Re: ECF No. 43

Before the court is Defendant' motion for an extension of time to respond to Plaintiff's motion for summary judgment and to file their own motion for summary judgment. (ECF No. 43.) Plaintiff filed a response. (ECF No. 44.)

The court **GRANTS** Defendants' motion insofar as they have up to and including **September 17, 2026** (and not the full 60-days requested), to file a response to Plaintiff's motion for summary judgment and file their own motion for summary judgment.

**IT IS SO ORDERED**.

Dated: August 3, 2026

Craig S. Denney
United States Magistrate Judge