**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDREAS GABRIEL YESCAS, I,<br><br>Plaintiff<br><br>v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>Defendants | Case No.: 3:24-cv-00398-ART-CSD<br><br>**Order**<br><br>Re: ECF Nos. 34, 36 |

Plaintiff has filed a second amended complaint (ECF Nos. 34, 35 (exhibits). Plaintiff then filed a motion for leave to file a third amended complaint and proposed third amended complaint. (ECF Nos. 36, 37 (exhibits), 38 (corrected image).) Defendants did not file a response.

The Clerk shall kindly **STRIKE** the second amended complaint (ECF Nos. 34, 35) as Plaintiff did not seek leave to amend and now seeks leave to file a third amended complaint.

On or before **August 24, 2026**, Defendants shall file a response to Plaintiff's motion for leave to file a third amended complaint.

**IT IS SO ORDERED**.

Dated: August 11, 2026

Craig S. Denney
United States Magistrate Judge