**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ANDREAS G. YESCAS, SR.,

Plaintiff

v.

NDOC, *et al.*,

Defendants

Case No.: 3:24-cv-00398-ART-CSD

**Order**

Re: ECF No. 49

Good cause appearing, Defendants' motion for an extension of time (ECF No. 49) is GRANTED. Defendants will have until October 5, 2026, to file any motions for summary judgment and to respond to Plaintiff's motion for summary judgment.

**IT IS SO ORDERED**.

Dated: September 18, 2026

Craig S. Denney
United States Magistrate Judge