**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDREAS G. YESCAS, SR.,<br>Plaintiff<br>v.<br>NDOC, *et al.*,<br>Defendants | Case No.: 3:24-cv-00398-ART-CSD<br>**Order**<br>Re: ECF No. 51 |

Good cause appearing, Defendants' motion for an extension of time (ECF No. 51) is GRANTED. Defendants will have until October 23, 2026, to file any motions for summary judgment and to respond to Plaintiff's motion for summary judgment.

**IT IS SO ORDERED**.

Dated: October 5, 2026

Craig S. Denney
United States Magistrate Judge