**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ANDREAS GABRIEL YESCAS, I,

Plaintiff

v.

NEVADA DEPARTMENT OF CORRECTIONS, et al.,

Defendants

Case No.: 3:24-cv-00398-ART-CSD

**Order**

Re: ECF Nos. 39, 55

The court screened Plaintiff's first amended complaint and allowed him to proceed with an equal protection claim and a claim under the Americans with Disabilities Act (ADA) against defendants Barr and Dr. Greene based on allegations that Plaintiff was excluded from Nevada Department of Corrections (NDOC) work camp sites because he took medications for his paranoia. (ECF No. 6.) A suggestion of death was filed as to Dr. Greene, and Dr. Frances Oakman was subsequently substituted in Dr. Greene's place insofar as Dr. Greene was sued in his official capacity, and the individual capacity claims against Dr. Greene were dismissed. (ECF Nos. 20, 25, 32.)

On January 6, 2026, the court issued a scheduling order setting the close of discovery for July 6, 2026, and the deadline to amend pleadings as April 7, 2026. (ECF No. 30.)

Plaintiff then filed a second amended complaint, which was stricken by the court as Plaintiff did not seek leave to amend to file a second amended complaint. (ECF No. 46.) Plaintiff also filed a motion for leave to file a third amended complaint (TAC) and proposed TAC. (ECF Nos. 36, 37, 38.) Plaintiff, who is no longer in prison, filed a motion for summary judgment. (ECF Nos. 39, 40.)

Defendants were given several extensions of time to oppose the motion for leave to amend, which they have now done and that motion is fully briefed (and will be addressed separately by the court), and to oppose Plaintiff's motion for summary judgment. Defendants have now moved to reopen discovery and to re-set the dispositive motions deadline given that the court has not yet ruled on Plaintiff's motion for leave to file the TAC. (ECF No. 55.)

Plaintiff's motion for summary judgment (ECF No. 39) is directed to his TAC, even though the court has not yet ruled on his motion to amend to file the TAC. Therefore, Plaintiff's motion for summary judgment (ECF No. 39) is premature.

**CONCLUSION**

Plaintiff's motion for summary judgment (ECF No. 39) is **DENIED WITHOUT PREJUDICE** as premature.

Defendants' motion (ECF No. 55) is **GRANTED** only insofar as the court will determine whether to reopen discovery and will re-set the dispositive motions deadline once it has ruled on the pending motion for leave file the TAC.

**IT IS SO ORDERED**.

Dated: November 4, 2026

Craig S. Denney
United States Magistrate Judge